IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                              )<br>            Plaintiff,    )<br>                              )<br>      vs.                    )<br>                              )<br>GABRIEL RICE,                 )<br>                              )<br>            Defendant.        )<br>                              ) | 8:12CR23<br><br>ORDER |

    This matter is before the court on the defendant's unopposed motion to continue trial [18] due to discovery.  For good cause shown,

    **IT IS ORDERED** that the motion to continue trial is granted, as follows:

    1.  The jury trial now set for March 27, 2012 is continued to **May 8, 2012.**

    2.  Defendant is ordered to file a waiver of speedy trial as soon as practicable

    3.  In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **March 27, 2012 and May 8, 2012**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  Failure to grant a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

    **DATED March 20, 2012.**

                                        BY THE COURT:

                                        s/ F.A. Gossett
                                        **United States Magistrate Judge**